UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JULIE STEPHENS,** | ) | **JUDGE JOHN R. ADAMS** |
| | ) | |
| Plaintiff, | ) | CASE NO. 5:15-cv-02606 |
| | ) | |
| vs. | ) | |
| | ) | |
| **MAXIM HEALTHCARE SERVICES, INC.,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

On April 28, 2016, the Court was informed that the parties reached a settlement agreement on all claims. Therefore, the docket will now be marked "settled and dismissed without prejudice." The parties may submit within forty-five (45) days of this order a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissal with prejudice, if they deem it necessary. If approved, the proposed entry shall supplement this order. This Court retains jurisdiction over the settlement.

The case management conference set for May 3, 2016 is hereby cancelled.

IT IS SO ORDERED.

Dated: April 28, 2016  /s/ Judge John R. Adams
JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT COURT