IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JULIE STEPHENS,** | : |
| | : |
| | :  CIVIL ACTION NO.: |
| Plaintiff, | :  5:15-cv-02606 |
| v. | : |
| | : |
| | :  JUDGE JOHN R. ADAMS |
| | : |
| **MAXIM HEALTHCARE SERVICES, INC.** | : |
| | : |
| | : |
| Defendant. | : |

### FINAL AGREED ENTRY OF DISMISSAL WITH PREJUDICE

The Parties have executed a Settlement Agreement and Release in this matter and pursuant to this Court's April 28, 2016 Order (ECF No. 20), the Parties now file their Final Agreed Entry of Dismissal with Prejudice.

Respectfully submitted,                                                Date: June 13, 2016

/s/ Robert E. DeRose                                                   /s/  Allison N. Powers
Robert E. DeRose                                                        Thomas F. Hurka
Robi J. Baishnab                                                        Allison Powers
**BARKAN MEIZLISH HANDELMAN**                          **MORGAN, LEWIS & BOCKIUS LLP**
**GOODIN DEROSE WENTZ, LLP**                           77 W. Wacker Dr.
250 E. Broad St., 10th Floor                                      Chicago, Illinois 60601
Columbus, Ohio 43215                                              Telephone: 312.324.1000
Telephone: (614) 221-4221                                        Facsimile: 312.324.1001
Fax: (614) 744-2300                                                   E-mail: thomas.hurka@morganlewis.com
Email: bderose@barkanmeizlish.com                              allison.powers@morganlewis.com
         rbaishnab@barkanmeizlish.com
                                                                                Ellen Toth (Bar No. 0056176)
Neil B. Pioch                                                            OGLETREE, DEAKINS, NASH, SMOAK &
**SOMMERS SCHWARTZ, P.C.**                              STEWART, P.C.
One Towne Square, Suite 1700                                   Key Tower
Southfield, MI 48076                                                  127 Public Square, Suite 4100
Telephone: (248) 355-0300                                       Cleveland, OH 44144
Facsimile: (248) 864-7840                                         Email:  ellen.toth@ogletreedeakins.com
Email: npioch@sommerspc.com                                Tel: 216.274.6907

DB1/ 88093539.1

*Attorneys for Plaintiff*

Fax: 216.357.4733

William Grob (*admission forthcoming*)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C
100 North Tampa Street, Suite 3600
Tampa, FL 33602
E-mail: william.grob@ogletreedeakins.com
Tel: 813.289.1247
Fax: 813.289.6530

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2016, the foregoing document was filed via ECF and that notice of this filing will be electronically delivered upon any counsel of record.

*/s/   Allison N. Powers*
Allison Powers