**IT IS SO ORDERED.**
**/s/ John R. Adams**
**U.S. District Judge**
**06/21/2016**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JULIE STEPHENS,** : | |
| : | |
| : | **CIVIL ACTION NO.:** |
| Plaintiff, : | **5:15-cv-02606** |
| v. : | |
| : | |
| : | **JUDGE JOHN R. ADAMS** |
| : | |
| **MAXIM HEALTHCARE SERVICES, INC.** : | |
| : | |
| Defendant. : | |

## FINAL AGREED ENTRY OF DISMISSAL WITH PREJUDICE

The Parties have executed a Settlement Agreement and Release in this matter and pursuant to this Court's April 28, 2016 Order (ECF No. 20), the Parties now file their Final Agreed Entry of Dismissal with Prejudice.

Respectfully submitted,                                          Date: June 13, 2016

*/s/  Robert E. DeRose*                                          */s/  Allison N. Powers*
Robert E. DeRose                                                 Thomas F. Hurka
Robi J. Baishnab                                                 Allison Powers
**BARKAN MEIZLISH HANDELMAN**                                    **MORGAN, LEWIS & BOCKIUS LLP**
**GOODIN DEROSE WENTZ, LLP**                                     77 W. Wacker Dr.
250 E. Broad St., 10th Floor                                     Chicago, Illinois 60601
Columbus, Ohio 43215                                             Telephone: 312.324.1000
Telephone: (614) 221-4221                                        Facsimile: 312.324.1001
Fax: (614) 744-2300                                              E-mail: thomas.hurka@morganlewis.com
Email: bderose@barkanmeizlish.com                                        allison.powers@morganlewis.com
           rbaishnab@barkanmeizlish.com

                                                                 Ellen Toth (Bar No. 0056176)
Neil B. Pioch                                                    OGLETREE, DEAKINS, NASH, SMOAK &
**SOMMERS SCHWARTZ, P.C.**                                       STEWART, P.C.
One Towne Square, Suite 1700                                     Key Tower
Southfield, MI 48076                                             127 Public Square, Suite 4100
Telephone: (248) 355-0300                                        Cleveland, OH 44144
Facsimile: (248) 864-7840                                        Email:  ellen.toth@ogletreedeakins.com
Email: npioch@sommerspc.com                                      Tel: 216.274.6907